

☒ FILED   ☐ LODGED

**May 18 2023**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# United States District Court
for
District of Arizona

**T-SEALED**

U. S. A. vs. Rochelle Desiree Ashman
Docket No. 4:22-cr-00677-JAS-LCK-1
AUSA: Renda Cook Maginnis
Defense Attorney: Bernardo Mario Garcia

**Colorado Case No. 23-mj-00095-KLM**

## PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

COMES NOW **BRENDA AGUILAR**, PRETRIAL SERVICES OFFICER, of the Court presenting an official report upon the conduct and attitude of releasee: Rochelle Desiree Ashman, who was released by the Honorable Lynnette C. Kimmins sitting in the Court at Tucson, on the 23rd day of June, 2022, who fixed bail at personal recognizance, via bag and baggage on June 27, 2022, and imposed the general terms and conditions of bail release adopted by the Court and also imposed special conditions as follows:

**PLEASE REFER TO THE ORDER SETTING CONDITIONS OF RELEASE**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**ALLEGED VIOLATION:**

**1)     The defendant shall not use or possess a narcotic drug or other controlled substance (as defined by 21 U.S.C. § 802) unless prescribed for the defendant by a licensed medical practitioner; this provision does not permit the use or possession of medicinal marijuana even with a physician's written certification. The defendant shall not possess, ingest, or otherwise use a synthetic cannabinoid or synthetic narcotic. The defendant shall participate in drug treatment and submit to drug testing and make copayment toward the cost of such services, as directed by Pretrial Services. The defendant shall not obstruct or attempt to obstruct or tamper, in any fashion, with the efficiency and accuracy of any substance use testing or monitoring.**

On May 17, 2023, the defendant submitted a presumptive positive drug test for methamphetamines. Initially, she denied any illicit drug use; however, later admitted to using methamphetamines on May 16, 2023.

**AFFIDAVIT AND PETITION PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED.**

In conformance with the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Based on the information presented that the defendant has violated conditions of release, I am petitioning the Court to issue a warrant.

_____              May 18, 2023
Brenda Aguilar                                                    Date
U.S. Pretrial Services Officer
Intensive Supervision Specialist
         Copy to go to AUSA, USM, PTS

Page 2
RE:  Rochelle Desiree Ashman
May 18, 2023

**Reviewed by**

_____   May 18, 2023_____
Sonya M. Marquez                              **Date**
Supervisory U.S. Pretrial Services Officer

## ORDER OF COURT

I find there is probable cause to believe the defendant has violated conditions of release, supported by the above affirmation given under penalty of perjury.  The Court orders the issuance of a warrant.  Considered and ordered this 18 day of May, 2023, and ordered filed and made a part of the records in the above case.

_____
**For The Honorable LYNNETTE C. KIMMINS**
**U.S. Magistrate Judge**