AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
11:04 am, May 24, 2023
JEFFREY P. COLWELL, CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | Colorado Case No. 23-mj-00095-KLM |
| | ) | Case No.  CR22-00677-01-JAS-LCK |
| | ) | |
| | ) | |
| Rochelle Desiree Ashman | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Rochelle Desiree Ashman ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☑ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18:3142 Pretrial Release Violation

Sentencing set for 6/12/2023 @ 11:20 am before Judge Soto

Date: 05/18/2023

*Issuing officer's signature*

City and state: Tucson, Arizona

Bruce G. Macdonald, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 5/23/23, and the person was arrested on *(date)* 5/24/23
at *(city and state)* COLORADO SPRINGS, COLORADO

Date: 5/24/23

*Arresting officer's signature*

ERIK HELSING    DUSM
*Printed name and title*

Copy to go to AUSA, USMS, PTS