IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 23-mj-00095-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROCHELLE DESIREE ASHMAN,

    Defendant.

## NOTICE OF ATTORNEY APPEARANCE

    R. Charles Melihercik hereby provides notice of his appearance as counsel of record for the defendant, Ms. Ashman, in the above-captioned matter.  Mr. Melihercik appears as counsel for Ms. Ashman pursuant to the Criminal Justice Act.

    Respectfully submitted,

Dated:  May 24, 2023

s/R. Charles Melihercik
**R. Charles Melihercik**
7765 Wadsworth Blvd., #746327
Arvada, Colorado, 80006
Phone:  303-323-9082
Email:  chaz@meliherciklaw.com
*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify on May 24, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to all attorneys of record.

                                                 s/ Robert Charles Melihercik
                                                 **R. Charles Melihercik**